# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Michael Kaplan and Nina Kaplan, | : | |
| Debtors. | : | Bankruptcy No. 17-15868-MDC |
| | | |
| T. Levy Associates, Inc., | : | |
| Plaintiff, | : | |
| v. | : | Adversary No. 17-00363-MDC |
| Michael Kaplan and Nina Kaplan, | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, on December 13, 2017, plaintiff T. Levy Associates, Inc. (the "Plaintiff") filed a Complaint[1] to initiate the above-captioned adversary proceeding for a determination that the Judgments[2] it obtained against the debtors Michael Kaplan ("Mr. Kaplan") and Nina Kaplan ("Mrs. Kaplan," and together with Mr. Kaplan, the "Debtors") in the District Court Action are nondischargeable debts pursuant to §§523(a)(2)(A), 523(a)(4), and 523(a)(6) of the United States Bankruptcy Code, 11 U.S.C. §§101, *et seq.*

**AND**, on January 16, 2018, the Debtors filed an Answer to the Complaint.[3]

**AND**, on October 19, 2020, and October 21, 2020, the Court held the Nondischargeability Trial.

---

[1] Adv. Pro. Docket No. 1.

[2] Capitalized terms used herein but not defined shall have the meaning given to them in the accompanying Memorandum Opinion.

[3] Adv. Pro. Docket No. 3.

**AND**, contemporaneous with this Order, the Court has issued a Memorandum Opinion resolving the claims in the Complaint.

**IT IS HEREBY ORDERED, ADJUDGED,** and **DETERMINED**, that:

1. The Judgment against Mr. Kaplan, in the amount of $1,449,222.10, is excepted from his discharge pursuant to §§523(a)(2)(A) and 523(a)(6) of the Bankruptcy Code but is not excepted from his discharge pursuant to §523(a)(4) of the Bankruptcy Code.

2. The Judgment against Mrs. Kaplan, in the amount of $1,066,091.60, is excepted from her discharge pursuant to §§523(a)(2)(A) and 523(a)(6) of the Bankruptcy Code but is not excepted from her discharge pursuant to §523(a)(4) of the Bankruptcy Code.

Dated: August 30, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Leslie B. Baskin, Esquire
Daniel J. Dugan, Esquire
Spector Gadon Rosen
Seven Penn Center – 7th Floor
1635 Market Street
Philadelphia, PA 19103

Paul J. Winterhalter, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103